(77 South. 1001)

PEARCE v. MILLS. (6 Div. 567.) (Supreme Court of Alabama. Jan. 24, 1918.) Appeal from Circuit Court, Marion County; C. P. Almon, Judge. E. B. & K. V. Fite, of Hamilton, for appellant. J. J. Ray and W. C. Davis, both of Jasper, for appellee.

PER CURIAM. Reversed and remanded by agreement of parties.

(77 South. 1001)

SLOSS-SHEFFIELD STEEL & IRON CO. v. FAIL. (6 Div. 671.) (Supreme Court of Alabama. Jan. 17, 1918.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Tillman, Bradley & Morrow, of Birmingham, for appellant. Mathews & Mathews, of Bessemer, for appellee.

McCLELLAN, J. Under the agreement of the parties this cause is reversed and remanded at the cost of appellant.

(77 South. 1001)

SNYDER et al. v. MILES. (4 Div. 693.) (Supreme Court of Alabama. Jan. 17, 1918.) Appeal from Circuit Court, Pike County, in Equity; A. B. Foster, Judge. A. G. Seay, of Troy, for appellee.

PER CURIAM. Dismissed by agreement of appellant and attorney for appellee.

(77 South. 1001)

Ex parte STATE. HUMPHREY v. STATE. (8 Div. 77.) (Supreme Court of Alabama. Dec. 20, 1917.) Certiorari to Court of Appeals. J. D. Humphrey was convicted of violating the prohibition law, and, the judgment of conviction being reversed and the cause remanded by the Court of Appeals (77 South. 82), the State of Alabama petitions for certiorari. Writ denied. W. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for the State. Cooper & Cooper, of Huntsville, for defendant.

PER CURIAM. Petition on behalf of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment of the Court of Appeals reversing the judgment of the Madison circuit court in the case of J. D. Humphrey v. State of Alabama, 77 South. 82. Writ denied.

(77 South. 1001)

Ex parte STATE. JOHNSON v. STATE. (4 Div. 742.) (Supreme Court of Alabama. June 28, 1917. Rehearing Denied Dec. 20, 1917.) Certiorari to Court of Appeals. John M. Johnson was convicted of an offense, and appealed to the Court of Appeals, where the conviction was reversed, and a judgment rendered discharging appellant (75 South. 824), whereupon the State petitions for certiorari. Writ denied. W. L. Martin, Atty. Gen., and Powell & Hamilton, of Greenville, for the State. D. A. Baker, of Troy, for defendant.

PER CURIAM. Petition on behalf of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of the Court of Appeals, reversing and remanding the cause of John M. Johnson v. State of Alabama, 75 South. 824, on appeal from the Crenshaw circuit court. Writ denied.

(77 South. 1001)

Ex parte STATE. PILCHER v. STATE. (4 Div. 767.) (Supreme Court of Alabama. Jan. 24, 1918.) Certiorari to Court of Appeals. Grady Pilcher was convicted of crime, and he appealed. From a judgment of the Court of Appeals (77 South. 75), reversing the judgment of the trial court, the State brings certiorari. Writ denied. W. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for the State. Sollie & Sollie, of Ozark, for defendant.

MAYFIELD, J. Petition by the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment of said court reversing the case of Grady Pilcher v. State, 77 South. 75. Writ denied.

(77 South. 1001)

Ex parte STATE. THOMAS v. STATE. (4 Div. 743.) (Supreme Court of Alabama. June 28, 1917. Rehearing Denied Dec. 20, 1917.) Certiorari to Court of Appeals. Lloyd Thomas was convicted of an offense, and he appealed to the Court of Appeals. The case was certified to the Supreme Court, and, pursuant to response by it, reversed and rendered (75 South. 821), and the State petitions for certiorari to the Court of Appeals. Writ denied. W. L. Martin, Atty. Gen., and Powell & Hamilton, of Greenville, for the State. D. A. Baker, of Troy, for defendant.

PER CURIAM. Petition on behalf of the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of said court, reversing the case of Thomas v. State, 75 South. 821, on appeal from Crenshaw circuit court. Writ denied.

(77 South. 1001)

TALLAHATTA LUMBER CO. v. PIPPIN. (2 Div. 622.) (Supreme Court of Alabama. Feb. 12, 1918.) Appeal from Circuit Court, Choctaw County; Ben D. Turner, Judge. Joe Pelham, Jr., of Chatom, and G. H. Carnathan, of Butler, for appellant. Granade & Granade, of Chatom, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1001)

THOMAS v. STATE. (2 Div. 658.) (Supreme Court of Alabama. Dec. 20, 1917.) Certiorari to Court of Appeals. William Thomas' conviction for hog theft was affirmed by the Court of Appeals (77 South. 57), and he brings certiorari. Writ denied. Evins & Jack, of Greensboro, for appellant. W. L. Martin, Atty. Gen., for the State.

SOMERVILLE, J. Petition of William Thomas for certiorari to the Court of Appeals, to review and revise the judgment of said court in the case of William Thomas v. State, 77 South. 57, on appeal from the Hale circuit court. Writ denied.